IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In re:                                            )    Chapter 7
   INSTALLATION 2000, INC.,                )    Case No. 12-07272
                                 Debtor.    )    Hon. Jack B. Schmetterer

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
(Appendix to Rule 607)

Name of Applicant:     Deborah K. Ebner, Trustee

Authorized to Provide
Professional Services to:     Trustee

Date of Order Authorizing Employment:     February 27, 2012

Period for Which
Compensation is Sought:     February 27, 2012 through close of the case

Amount of Fees Sought:     $2,770.90
Amount of Expense
Reimbursement Sought:     $ 6.45

This is an: Interim Application _____ Final Application __X__

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed and Paid |
|---|---|---|---|
|  |  |  |  |

Applicant: Law Office of Deborah Kanner Ebner

Date: September 10, 2012     By: /s/Deborah K. Ebner
                                                         Deborah K. Ebner, Esq.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| INSTALLATION 2000, INC., | ) | Case No. 12-07272 |
| Debtor. | ) | Hon. Jack B. Schmetterer |

### FIRST AND FINAL APPLICATION OF TRUSTEE FOR STATUTORY
### COMPENSATION AND EXPENSE REIMBURSEMENT

TO THE HONORABLE JACK B. SCHMETTERER, Bankruptcy Judge:

NOW COMES Deborah K. Ebner, duly appointed, qualified and acting Trustee in these proceedings, and pursuant to the direction of this Court, the following is an outline of services rendered in connection with the administration of this Estate:

### TRUSTEE SERVICES

I.  TASKS

   1. Prepared for 341 meeting;

   2. Conducted 341 meeting;

   3. Filed Initial Report of Trustee in Asset Case;

   4. Sold rights, title and interest in vehicle;

   5. Reviewed claims;

   6. Opened Bank Account;

   7. Prepared Trustee's Final Report;

   8. Prepared in connection with U.S. Trustee reviews, annual reports, discussions with USTO staff personnel, and others;

   9. Anticipated posting and distribution of dividend checks;

   10. Prepared and filed Final Account.

II. EXPENSES ADVANCED

   11. Attached as **Exhibit A** is an itemization of **$6.45** in expenses advanced by Trustee during the course of this administration for which reimbursement is sought.

1

III.   STATUTORY TRUSTEE COMPENSATION CALCULATION

12.   The maximum compensation allowable to Trustee pursuant to 11 U.S.C. § 326 of the Code, based upon the receipts and disbursements of $20,208.96 which is the aggregate of Estate's funds distributed to parties in interest other than the Debtor, is as follows:

| | |
|---|---|
| 25% of the first $5,000 | $ 1,250.00 |
| 10% of the next $45,000 | $ 1,520.90 |
| Total allowable compensation | $ 2,770.90 |

IV.   COMPENSATION REQUEST

13.   Trustee and her staff have expended 8.3 hours in the rendition of Trustee services. Based upon Trustee's normal and customary hourly rates, she has $2,170.00[1] worth of professional service. Trustee requests her statutory compensation, however, in the amount of **$2,770.90**.

V.   CONCLUSION

14.   **For the foregoing reasons, Trustee seeks $2,770.90 in statutory compensation, and expense reimbursement in the amount of $6.45.**

Respectfully submitted,
Law Office of Deborah Kanner Ebner

By:   /s/Deborah K. Ebner
        Deborah K. Ebner, Esq.

Deborah K. Ebner (ARDC No. 6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

---

[1] Detailed time description is available upon request. Trustee anticipates that she will expend an additional three (5) hours in completing the administration of this estate which totals an additional $1,875.00 in hourly compensation

2