IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In re:                                          )    Chapter 7
   INSTALLATION 2000, INC.,                    )    Case No. 12-07272
                                           Debtor.  )    Hon. Jack B. Schmetterer

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
(Appendix to Rule 607)

Name of Applicant:               Law Office of Deborah Kanner Ebner

Authorized to Provide
Professional Services to:        Trustee

Date of Order Authorizing Employment:    June 4, 2012

Period for Which
Compensation is Sought:          June 4, 2012 through close of the case

Amount of Fees Sought:           $720.00
Amount of Expense
Reimbursement Sought:            $0.00

This is an: Interim Application _____ Final Application ___X___

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed and Paid |
|---|---|---|---|
| Not Applicable | | | |

Applicant: Law Office of Deborah Kanner Ebner

Date: September 10, 2012          By: /s/Deborah K. Ebner
                                                             Deborah K. Ebner, Esq.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| INSTALLATION 2000, INC, | ) | Case No. 12-07272 |
| Debtor. | ) | Judge Jack B. Schmetterer |

### FINAL APPLICATION OF THE LAW OFFICE OF DEBORAH KANNER EBNER FOR ALLOWANCE AND PAYMENT FOR COMPENSATION AND EXPENSE REIMBURSEMENT

NOW COMES Deborah K. Ebner of the Law Office of Deborah Kanner Ebner ("Ebner"), General Counsel for Deborah K. Ebner, not individually, but solely as the Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Installation 2000, Inc. ("Estate"), to request this Honorable Court, for the entry of an Order, pursuant to § 330 of the Bankruptcy Code, to allow her claim for final fees as an administrative expense of this Estate. In support thereof, Ebner states as follows:

1. The Petition commencing this case was filed on April 18, 2012 ("Petition Date") under Chapter 7 of the Bankruptcy Code and thereafter Deborah K. Ebner was appointed as the Chapter 7 Trustee.

2. On June 4, 2012, pursuant to an Order of this Court, Trustee was authorized to employ herself, and her Of Counsel affiliates ("Ebner Law Office") as and for general Counsel. A copy of the Order authorizing the employment of Ebner Law Office is attached hereto as **Exhibit A**.

3. This Estate has been fully administered by Trustee and all legal work has been completed.

4. At this time, Applicant seeks $720.00 as and for a first and final award of attorney's fees.

5. This Application represents the first application Ebner Law Office has filed in this case.

### Services Rendered

6. From June 4, 2012 through present ("Application Period"), Ebner Law Office has rendered 2.4 hours of legal services on behalf of the Trustee. For these services, Ebner Law Office

seeks $720.00 as and for legal compensation. Legal services for which Ebner Law Office presently seeks compensation are categorized in the following categories: Asset Disposition and, Fee/Employment Applications. Summarized below by category are the services rendered by Ebner Law Office during the period covered by this Application:

7.1 Asset Disposition: Ebner Law Office expended time preparing an application to accept an offer to sell assets of the Estate.

In connection with the Asset Disposition Category, Ebner Law Office spent 1.20 hours for which it requests allowance and payment of final compensation in the amount of $360.00.

7.2 Fee/Employment Applications: Ebner Law Office prepared and presented the Trustee's Motion to Employ Counsel as well as Accountants, and the final fee applications for each of these professionals. Ebner Law Office spent 1.20 hours for which it requests allowance and payment of final compensation in the amount of $360.00.

8. An itemized and detailed statement of the services rendered by Ebner Law Office during the Application Period, by category, is attached hereto as **Exhibit B** and is summarized (by attorney (or paralegal) performing the work) as follows:

| Attorney (Paralegal) | Hours | Fees |
|---|---|---|
| L. Kujaca, Esq. | 2.4 | $720.00 |

9. Ebner Law Office regularly made and kept records of services on behalf of the Trustee, including a summary or description of the services rendered, the date the services were rendered, the attorney or paralegal who rendered the services, and the time expended to render the services, in one-tenth hour increments.

10. The records were made by the attorney or paralegal who rendered the services at or about the time the services were rendered, by means of direct entry into a computerized time and billing system maintained by the Ebner Law Office.

11. Ebner is an Attorney who has been duly licensed by the State of Illinois for more than

2

30 years, and has concentrated her practice in the area of bankruptcy law for almost all of those years. During the Application Period, Ebner has not rendered any legal services on behalf of the Trustee for which compensation is requested.

12. Linda M. Kujaca is an attorney who affiliated with Ebner in December 2009, has been duly licensed by the State of Illinois for more than fourteen years, and has concentrated her practice in the area of general civil litigation. During the Application Period, Kujaca rendered 2.4 hours of legal services on behalf of the Trustee for which compensation is requested in the amount of $720.00.

13. Ebner Law Office asks this Court to award final compensation in the amount of $720.00 for 2.40 hours of service which the firm has rendered during the Application Period on behalf of Trustee. The award Ebner Law Office seeks represents an average rate of compensation of $300.00 per hour.

14. All services for which Ebner Law Office seeks compensation hereunder were rendered solely on behalf of the Trustee.

15. The rates of compensation sought by Ebner Law Office for services rendered to the Trustee are well within the parameters of the rates other attorneys of similar experience, expertise and reputation generally seeks as compensation for comparable services rendered in connection with the bankruptcy proceedings within this District.

16. Ebner Law Office has no agreement or understanding with any person, firm or entity with respect to any determination about the amount of compensation or reimbursement it shall receive for services rendered or expenses incurred on behalf of the Trustee.

17. No person, firm or entity has promised to provide Ebner Law Office any compensation or reimbursement for services rendered or expenses incurred on behalf of the Trustee. The exclusive source of such compensation and reimbursement, if any shall be the available funds of

3

the Estate.

18. Except as permitted by Section 504(b) of the Bankruptcy Code, Ebner Law Office has neither shared nor agreed to share with any person, firm or entity, any compensation or reimbursement it may receive for services rendered or expenses incurred on behalf of the Trustee.

**WHEREFORE**, Applicant Deborah K. Ebner of the Law Office of Deborah K. Ebner, respectfully asks this Honorable Court to grant relief, after hearing upon due and proper notice, as follows:

I. To award the Law Office of Deborah K. Ebner final compensation in the amount of $720.00;

II. To allow, and order the Trustee to disburse to Ebner Law Office the foregoing compensation award and expenses allowed; and

IV. To grant Ebner Law Office such other and further relief as the Court upon hearing shall deem just and equitable.

          Respectfully submitted,
          The Law Office of Deborah K. Ebner

By:   /s/Deborah K. Ebner
      Deborah K. Ebner, Esq.

Deborah K. Ebner (ARDC No. 6181615)
The Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

4