**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: INSTALLATION 2000, INC.   §   Case No. 12-07272
§
§
Debtor(s)   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St., 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 11/29/2012 in Courtroom 682, United States Courthouse, 219 S. Dearborn St., 7th Floor, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/18/2012     By:  /s/DEBORAH K. EBNER
                                       Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: INSTALLATION 2000, INC.           § Case No. 12-07272
                                          §
                                          §
Debtor(s)                                 §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*        $     20,208.96

*and approved disbursements of*             $          84.18

*leaving a balance on hand of* [1]          $     20,124.78

**Balance on hand:**                         $     20,124.78

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $          0.00
Remaining balance:                         $     20,124.78

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah K. Ebner | 2,770.90 | 0.00 | 2,770.90 |
| Trustee, Expenses - Deborah K. Ebner | 6.45 | 0.00 | 6.45 |
| Attorney for Trustee, Fees - Deborah K. Ebner, ESQ. | 720.00 | 0.00 | 720.00 |
| Accountant for Trustee, Fees - LOIS WEST | 1,265.00 | 0.00 | 1,265.00 |

Total to be paid for chapter 7 administration expenses:   $     4,762.35
Remaining balance:                                         $    15,362.43

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $       0.00
Remaining balance:  $  15,362.43

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $       0.00
Remaining balance:  $  15,362.43

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,664.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 70.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chicago Regional Council of Carpenters | 21,664.54 | 0.00 | 15,362.43 |

Total to be paid for timely general unsecured claims:  $  15,362.43
Remaining balance:  $       0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/DEBORAH K. EBNER
　　　　　　　　Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-07272-JBS
Installation 2000, Inc.                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mmyers              Page 1 of 2            Date Rcvd: Oct 19, 2012
                              Form ID: pdf006           Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2012.
db          +Installation 2000, Inc.,    PO Box 57896,    Chicago, IL 60657-7368
18538499    +Amerigas,    3501 S. Cicero Ave.,    Cicero, IL 60804-4534
18538500    +Apps Communication,    10470 W. 164th Pl.,    Orland Park, IL 60467-5437
19148791    +Chicago Regional Council of Carpenters,    c/o Bruce C. Scalambrino,    Scalambrino & Arnoff, LLP,
              One North LaSalle Street, Suite 1600,    Chicago, IL 60602-3935
18538502    +FedEx,    PO Box 94515,    Palatine, IL 60094-4515
18538503    +National Contract Resource,    2801 N. Wolcott Ave.,    Unit H,    Chicago, IL 60657-4159

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18538501    +E-mail/Text: dmcanally@whitfield-mcgann.com Oct 20 2012 00:08:04
              Chicago Regional Council Carpenters,    12 E. Erie,    Chicago, IL 60611-2767
18538504     E-mail/Text: appebnmailbox@sprint.com Oct 20 2012 00:06:17        Sprint,    PO Box 4181,
              Carol Stream, IL 60197
18538505    +E-mail/Text: ulinecollections@uline.com Oct 20 2012 00:10:36        Uline,    2200 S. Lakeside Dr.,
              Waukegan, IL 60085-8311
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         The Law Office of Deborah Kanner Ebner
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 21, 2012**               **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: mmyers              Page 2 of 2            Date Rcvd: Oct 19, 2012
                              Form ID: pdf006           Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2012 at the address(es) listed below:

          Christopher B Lega   on behalf of Debtor  Installation 2000, Inc. clega@jnlegal.net
          Cindy M. Johnson   on behalf of Debtor  Installation 2000, Inc. cjohnson@jnlegal.net,
           clega@jnlegal.net
          Deborah  Kanner Ebner   dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
           admin.assistant@debnertrustee.com
          Linda M Kujaca   on behalf of Trustee Deborah Kanner Ebner lkujaca@aol.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

                                                                                        TOTAL: 5