**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: INSTALLATION 2000, INC.                               Case No. 12-07272
_____,            Chapter   7
                      Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                         Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $15,362.43     Claims Discharged
                                                Without Payment: $92,138.17

Total Expenses of Administration: $4,846.53

---

   3)  Total gross receipts of $    20,208.96   (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $      0.00    (see **Exhibit 2**), yielded net receipts of $20,208.96
from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,846.53 | 4,846.53 | 4,846.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 107,500.60 | 21,664.54 | 21,664.54 | 15,362.43 |
| **TOTAL DISBURSEMENTS** | $107,500.60 | $26,511.07 | $26,511.07 | $20,208.96 |

    4) This case was originally filed under Chapter 7 on February 27, 2012. The case was pending for 10 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/31/2012          By: /s/DEBORAH K. EBNER
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| JP Morgan Chase Acct | 1129-000 | 6,628.10 |
| 2011 Corp Return Refund - Filed | 1129-000 | 5,057.00 |
| 2011 Illinois State Refund -Filed | 1129-000 | 4,502.00 |
| 2002 Chevrolet Express G3500 Truck | 1129-000 | 4,000.00 |
| Tax Refund | 1224-000 | 21.86 |
| **TOTAL GROSS RECEIPTS** | | **$20,208.96** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah K. Ebner | 2100-000 | N/A | 2,770.90 | 2,770.90 | 2,770.90 |
| Deborah K. Ebner | 2200-000 | N/A | 6.45 | 6.45 | 6.45 |
| Deborah K. Ebner, ESQ. | 3110-000 | N/A | 720.00 | 720.00 | 720.00 |
| LOIS WEST | 3410-000 | N/A | 1,265.00 | 1,265.00 | 1,265.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 34.18 | 34.18 | 34.18 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,846.53 | $4,846.53 | $4,846.53 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chicago Regional Council of Carpenters | 7100-000 | 21,664.54 | 21,664.54 | 21,664.54 | 15,362.43 |
| NOTFILED | Uline | 7100-000 | 729.54 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Sprint | 7100-000 | 1,579.49 | N/A | N/A | 0.00 |
| NOTFILED | Apps Communication | 7100-000 | 2,483.14 | N/A | N/A | 0.00 |
| NOTFILED | Amerigas | 7100-000 | 165.69 | N/A | N/A | 0.00 |
| NOTFILED | FedEx | 7100-000 | 128.22 | N/A | N/A | 0.00 |
| NOTFILED | National Contract Resource | 7100-000 | 80,749.98 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $107,500.60 | $21,664.54 | $21,664.54 | $15,362.43 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-07272  
**Case Name:** INSTALLATION 2000, INC.

**Trustee:** (330480)    DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 02/27/12 (f)  
**§341(a) Meeting Date:** 04/18/12

**Period Ending:** 12/31/12  
**Claims Bar Date:** 07/19/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | JP Morgan Chase Acct | 6,628.10 | 0.00 | | 6,628.10 | FA |
| 2 | 2011 Corp Return Refund - Filed | 5,057.00 | 0.00 | | 5,057.00 | FA |
| 3 | 2011 Illinois State Refund -Filed | 4,502.00 | 4,502.00 | | 4,502.00 | FA |
| 4 | 2002 Chevrolet Express G3500 Truck | 2,000.00 | 0.00 | | 4,000.00 | FA |
| 5 | Misc office equipment(computers and phone system | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Forklift (Toyota-propane) | 2,500.00 | 0.00 | | 0.00 | FA |
| 7 | Tax Refund  (u)  (See Footnote) | 0.00 | 0.00 | | 21.86 | 0.00 |
| 8 | Void | 0.00 | 0.00 | | 0.00 | 0.00 |
| 8 | **Assets** **Totals** (Excluding unknown values) | **$22,187.10** | **$4,502.00** | | **$20,208.96** | **$0.00** |

RE PROP# 7    Misc check received by Debtor from IRS  mailed to Trustee

**Major Activities Affecting Case Closing:**

Trustee sold right title and interest in a vehicle.

**Initial Projected Date Of Final Report (TFR):**    **Current Projected Date Of Final Report (TFR):**    October 18, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-07272  
**Case Name:** INSTALLATION 2000, INC.

**Taxpayer ID #:** **-***7404  
**Period Ending:** 12/31/12

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******35-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/15/12 | | Installation 2000, inc | close out of Chase account/Tax refund | | 11,685.10 | | 11,685.10 |
| | {1} | | Close out of Chase acct    6,628.10 | 1129-000 | | | 11,685.10 |
| | {2} | | 2011 Corp Tax Refund    5,057.00 | 1129-000 | | | 11,685.10 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,660.10 |
| 06/21/12 | {4} | Thomas M. Flatley | Sale per Order of June 4, 2012-docket #23 | 1129-000 | 4,000.00 | | 15,660.10 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 15,635.10 |
| 07/16/12 | {7} | United States Treasury | Misc check received by Debtor from IRS mailed to Trustee | 1224-000 | 21.86 | | 15,656.96 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.18 | 15,622.78 |
| 08/28/12 | {3} | Illinois Department of Revenue | 2011 tax refund | 1129-000 | 4,502.00 | | 20,124.78 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.38 | 20,091.40 |
| 09/04/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -33.38 | 20,124.78 |
| 11/29/12 | 101 | LOIS WEST | Dividend paid 100.00% on $1,265.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,265.00 | 18,859.78 |
| 11/29/12 | 102 | Deborah K. Ebner | Dividend paid 100.00% on $2,770.90, Trustee Compensation; Reference: | 2100-000 | | 2,770.90 | 16,088.88 |
| 11/29/12 | 103 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $720.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 720.00 | 15,368.88 |
| 11/29/12 | 104 | Deborah K. Ebner | Dividend paid 100.00% on $6.45, Trustee Expenses; Reference: | 2200-000 | | 6.45 | 15,362.43 |
| 11/29/12 | 105 | Chicago Regional Council of Carpenters | Dividend paid 70.91% on $21,664.54; Claim# 1; Filed: $21,664.54; Reference: X3075 | 7100-000 | | 15,362.43 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 20,208.96 | 20,208.96 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 20,208.96 | 20,208.96 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,208.96** | **$20,208.96** | |

{} Asset reference(s)                                                                                     Printed: 12/31/2012 12:17 AM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-07272  
**Case Name:** INSTALLATION 2000, INC.  
**Taxpayer ID #:** **-***7404  
**Period Ending:** 12/31/12  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******35-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******35-66** | **20,208.96** | **20,208.96** | **0.00** |
| | **$20,208.96** | **$20,208.96** | **$0.00** |

{} Asset reference(s)

Printed: 12/31/2012 12:17 AM    V.13.04